VANDIVER v VANDIVER

No. 29PC

Case below: 50 NC App 319

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.